171 So. 923

**Tom GRACE v. STATE.**
6 Div. 18.

Court of Appeals of Alabama.
Dec. 15, 1936.

RICE, Judge.
Appeal dismissed.

170 So. 919

**Austin GRAHAM v. STATE.**
1 Div. 260.

Court of Appeals of Alabama.
Nov. 24, 1936.

SAMFORD, Judge.
Affirmed.

164 So. 917

**James Walter GRAMMAR v. STATE.**
6 Div. 829.

Court of Appeals of Alabama.
Nov. 12, 1935.

BRICKEN, Presiding Judge.
Affirmed.

73 So. 919

**Less GRAY v. TOWN OF RED BAY.**
8 Div. 434.

Court of Appeals of Alabama.
Jan. 21, 1937.

PER CURIAM.
Appeal dismissed for want of prosecution.

174 So. 899

**Reuben GRAYSON v. STATE.**
2 Div. 610.

Court of Appeals of Alabama.
May 11, 1937.

RICE, Judge.
Appeal dismissed.

168 So. 904

**Cato G. GREATHOUSE v. STATE.**
6 Div. 941.

Court of Appeals of Alabama.
May 5, 1936.

SAMFORD, Judge.
Appeal dismissed.

173 So. 919

**Ordie GREEHAW v. CITY OF HUNTS-VILLE.**
8 Div. 382.

Court of Appeals of Alabama.
Jan. 26, 1937.

RICE, Judge.
Affirmed.

171 So. 923

**Guy B. GREEN v. STATE.**
5 Div. 994.

Court of Appeals of Alabama.
Dec. 15, 1936.

SAMFORD, Judge.
Appeal dismissed.